UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                     :
JOSE ORLANDO RIVERA, JR.,                                            :
                                                                     :
                              Plaintiff,                             :
                                                                     :          20-CV-3958 (JMF) (SN)
             -v-                                                     :
                                                                     :              ORDER
COMMISSIONER OF SOCIAL SECURITY,                                     :
                                                                     :
                              Defendant.                             :
                                                                     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's Order dated May 22, 2020, the parties were required to confer
regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all
proceedings before the assigned Magistrate Judge.  *See* ECF No. 7.  If both parties consent, they
were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice,
Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date
on which Defendant enters an appearance.  If either party does not consent, they were to file, by
the same date, a joint letter advising the Court that the parties do not consent. To date, the parties
have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED,
*nunc pro tunc*, to **August 24, 2020**.

        SO ORDERED.

Dated: August 17, 2020
       New York, New York                    _____
                                                     JESSE M. FURMAN
                                                 United States District Judge