USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE ORLANDO RIVERA, JR.,

                 Plaintiff,

     -v-

COMMISSIONER OF SOCIAL SECURITY,

                 Defendant.
-----------------------------------------------------------X

20 **CIVIL** 3958 (SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated November 6, 2020, that the decision of the

Commissioner of Social Security is reversed and that this action be, and hereby is, remanded to

the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings.

**Dated:** New York, New York
       November 9, 2020

                        **RUBY J. KRAJICK**

                        **Clerk of Court**

        **BY:**

                        **Deputy Clerk**